NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HOWARD RICHMOND,    )
           )
   Appellant,    )
           )
v.           )   Case No. 2D18-5090
           )
STATE OF FLORIDA,    )
           )
   Appellee.    )
_____)

Opinion filed August 21, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Laura E. Ward,
Judge.

PER CURIAM.

   Affirmed.  See Brooks v. State, 969 So. 2d 238 (Fla. 2007); Guilford v.

State, 88 So. 3d 998 (Fla. 2d DCA 2012); Carpenter v. State, 884 So. 2d 385 (Fla. 2d

DCA 2004); State v. Laperreri, 710 So. 2d 119 (Fla. 2d DCA 1998); Almendares v.

State, 916 So. 2d 29 (Fla. 4th DCA 2005); Pruitt v. State, 801 So. 2d 143 (Fla. 4th DCA

2001); Mancini v. State, 516 So. 2d 36 (Fla. 5th DCA 1987).

MORRIS, SLEET, and ATKINSON, JJ., Concur.